NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JOE CERVANTES, JR., *Petitioner*.

No. 1 CA-CR 22-0178 PRPC

FILED 11-15-2022

Petition for Review from the Superior Court in Yavapai County
No. P1300CR20081426
The Honorable Michael R. Bluff, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Dana E. Owens
*Counsel for Respondent*

Joe Cervantes, Jr., Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Maria Elena Cruz, Judge Angela K. Paton, and Judge Peter B. Swann delivered the decision of the Court.

**PER CURIAM**:

¶1        Petitioner Joe Cervantes, Jr. seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fifth successive petition.

¶2        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4        We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA